# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

August 15, 2022

Hon. Jesse M. Furman
Thurgood Marshall
U.S. Court House SDNY
40 Foley Square
New York, NY 10007

> Application GRANTED. The conference is hereby RESCHEDULED to August 17, 2022, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #7. SO ORDERED.
>
> /s/ Jesse M. Furman
> August 15, 2022

Re:   *U.S. v. Charles Ward (22 Cr. 94)*

Judge Furman,

    I am counsel for Charles Ward and write today to request a one-day adjournment of Mr. Ward's violation of probation court appearance scheduled for tomorrow Tuesday, August 16, 2022, at noon. I am starting a jury trial tomorrow August 16 at 9am before Judge Hector Gonzalez in the U.S. District Court, Eastern District of New York in the matter of *US v. Shelton Bushawn et al* and jury selection may take up most of the day. Judge Gonzalez has granted trial counsel a day off from trial on Wednesday, August 17, 2022.

    I therefore respectfully request that the Ward matter be adjourned for one day until Wednesday, August 17, 2022. I am available at anytime that day. The government and probation consent to the instant request.

                                                       All the best,
                                                       /s/
                                                       Christopher Wright