

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2023

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The conference is hereby ADJOURNED to April 4, 2023, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #10. SO ORDERED.

January 9, 2023

**Re:   *United States v. Charles Ward,* 22 Cr. 94 (JMF)**

Dear Judge Furman,

The Government writes to request an adjournment of the status conference scheduled for January 10, 2023 at 3:00 p.m. in the above referenced supervised release matter. The Government understands from the U.S. Probation Office that since mid-December 2022, the defendant has successfully completed his inpatient program and was successful discharged. He is currently enrolled in intensive outpatient substance abuse treatment with the same facility. The defendant has drug tested negative for elicit substances since his release from inpatient treatment. The Probation Office requests that the Court allow the defendant to continue with treatment, and establish consistency in treatment, negative UAs, and search for employment.

Accordingly, the Government seeks a ninety-day adjournment[1] of this matter to allow the defendant to acclimate with the community.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Christopher D. Wright, Esq. (via ECF)

---

[1] The Government is on trial before Judge Failla in *U.S. v. Balde*, 20-cr-281 and therefore, would not be able to attend the 1/10/23 conference.