UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
-v-                                                                 :      22-CR-094 (JMF)
:
CHARLES WARD,                                                :      SCHEDULING ORDER
:
Defendant.                                        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the parties appear before the Court on **June 15, 2023**, at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  **If Mr. Ward fails to appear at that time — as he did earlier today — the Court will issue an arrest warrant and he will be brought to Court by the U.S. Marshal Service.**  Mr. Ward shall bring with him to Court whatever documentation he has concerning his medical condition generally and his inability to attend Court today specifically.

      SO ORDERED.

Dated: June 6, 2023
      New York, New York                                    _____
                                                                        JESSE M. FURMAN
                                                                       United States District Judge