UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~Proposed~~ **Order re Modification to Terms of Supervised Release** |
| v. | |
| CHARLES WARD | **22-cr-0094 (JMF)** |

UPON THE APPLICATION of Damian Williams, United States Attorney for the Southern District of New York, Camille L. Fletcher, of counsel, the defendant, Charles Ward, is hereby

ORDERED, to attend six months of inpatient substance abuse treatment at a facility (the "Treatment Provider") identified by the U.S. Probation Department; the defendant will report to the Treatment Provider on a date and time determined by the U.S. Probation Department; and,

IT IS FURTHER ORDERED that the defendant will comply with all the Treatment Provider's rules and regulations.

Dated:  New York, New York
           June  16 , 2023

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK