```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :      22-CR-094 (JMF)
                                                                  :
CHARLES WARD,                                                     :         ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of the recent proceedings and orders in this case, *see* ECF No. 17, the conference previously scheduled for July 6, 2023, is CANCELLED.

      SO ORDERED.

Dated: June 26, 2023  
       New York, New York

                                                          JESSE M. FURMAN  
                                                        United States District Judge