# WL| Wright Law
## ATTORNEY AT LAW

299 Broadway, Suite 708
New York, NY 10007
Office (212) 822-1419 • Facsimile (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc

October 31, 2023

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      **Re:**  *United States* **v.** *Charles Ward, 22-CR-00094*(JMF)

Dear Judge Furman:

  I represent Charles Ward and write the Court this morning concerning Mr. Ward's scheduled hearing on November 2, 2023, regarding alleged violations of his Supervised Release.

  After discussions with my client and counsel for the government, AUSA Camille Fletcher, Mr. Ward will admit to violating the conditions of his supervised release and will waive his right to have a hearing regarding his violation of supervised release. Mr. Ward will be prepared for the imposition of a sentence that the Court deems to be just and appropriate for violating the conditions of his supervised release.

  On November 2, 2023, Mr. Ward understands he will be waiving the proposed hearing and the parties will be prepared to argue our respective views on the propriety of the sentence for violating his supervised release. I have apprised the government regarding the contents of this letter.

Duly noted. Assuming Mr. Ward admits to one or more specifications, the parties should be prepared to proceed directly to sentencing at the proceeding. At the request of Probation, the time for the proceeding in this matter, scheduled for November 2, 2023, is changed from 3:30 p.m. to **10:30 a.m. in Courtroom 1105.** The Clerk of Court is directed to terminate Docket No. 24.

Sincerely,
/s/
Christopher Wright

SO ORDERED.

*[signature]*

October 31, 2023